BRIAN VAL KELLEY ]
    Petitioner, ]
     ]
v. ] No. 3:06-0162
     ] Judge Trauger
VIRGINIA LEWIS, WARDEN ]
    Respondent. ]

O R D E R

The Court has before it a Report and Recommendation (Docket Entry No.13) from the Magistrate Judge and the petitioner's timely objections (Docket Entry No.20) to the Report and Recommendation.

In accordance with the Memorandum contemporaneously entered, the Court has reviewed these pleadings and the record *de novo* and finds that the petitioner's objections have no merit. Accordingly, the petitioner's objections are OVERRULED. The Report and Recommendation is ADOPTED AND APPROVED in all respects. The petition for writ of habeas corpus is DENIED and this action is hereby DISMISSED.

It is so ORDERED.

                                  Aleta A. Trauger
                                United States District Judge